JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re ANONYMOUS ONLINE SPEAKERS ) | Case No. 09-71265 |
| ) | |
| Petitioner, ) | |
| ) | District Court Case No. |
| vs. ) | 3:07-cv-00505-ECR-(RAM) |
| ) | |
| U.S. DISTRICT COURT, DISTRICT OF ) | |
| NEVADA; QUIXTAR, INC.; ) | |
| SIGNATURE MANAGEMENT TEAM, ) | |
| LLC, d/b/a TEAM; and SKY SCOPE ) | |
| TEAM, INC., ) | |
| ) | |
| Respondents. ) | |

**APPENDIX TO**

**REPLY IN SUPPORT OF PETITION FOR
WRIT OF MANDAMUS AND OPPOSITION TO
CROSS-PETITION FOR WRIT OF MANDAMUS**

John P. Desmond, Nevada Bar No. 5618
Justin J. Bustos, Nevada Bar No. 10320
JONES VARGAS
100 West Liberty Street
Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

**Attorneys for Petitioners
ANONYMOUS ONLINE SPEAKERS**

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re ANONYMOUS ONLINE SPEAKERS ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> U.S. DISTRICT COURT, DISTRICT OF ) <br> NEVADA; QUIXTAR, INC.; ) <br> SIGNATURE MANAGEMENT TEAM, ) <br> LLC, d/b/a TEAM; and SKY SCOPE ) <br> TEAM, INC., ) <br> ) <br> Respondents. ) | Case No. 09-71265 <br><br> District Court Case No. <br> 3:07-cv-00505-ECR-(RAM) |

**APPENDIX TO**

**REPLY IN SUPPORT OF PETITION FOR
WRIT OF MANDAMUS AND OPPOSITION TO
CROSS-PETITION FOR WRIT OF MANDAMUS**

John P. Desmond, Nevada Bar No. 5618
Justin J. Bustos, Nevada Bar No. 10320
JONES VARGAS
100 West Liberty Street
Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:   (775) 786-5000
Facsimile:    (775) 786-1177

**Attorneys for Petitioners
ANONYMOUS ONLINE SPEAKERS**

## **LIST OF EXHIBITS**

**Exhibit A**　　**Alticor Media Blog**　　　　　　　　　　　　　　　　**8 Pages**

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) the **APPENDIX TO REPLY TO RESPONSE TO PETITION FOR WRIT OF MANDAMUS AND OPPOSITION TO CROSS-PETITION FOR WRIT OF MANDAMUS** was served via E-Mail and United States Mail on September 1, 2009 to the addresses shown below:

| | |
|---|---|
| John J. Frankovich<br>Miranda du<br>MCDONALD CARANO WILSON LLP<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501<br>Telephone: (775) 788-2000<br>Facsimile: (775) 788-2020<br>**E-Mail: jfrankovich@mcdonaldcarano.com**<br>**And mdu@mcdonaldcarano.com** | Cedric C. Chao<br>William L. Stern<br>James M. Schurz<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>**E-Mail: cchao@mofo.com**<br>**and western@mofo.com**<br>**and JSchurz@mofo.com** |
| James Sobieraj<br>Dominic P. Zanfardino<br>Brinks Hofer Gilson & Lione NBC Tower, Suite 3600 North Cityfront Plaza Drive Chicago, IL 60611-5599Telephone: (312) 321-4226<br>**E-Mail: jsobieraj@usebrinks.com**<br>**and dzanfardino@usebrinks.com** | Bradley Smith<br>Jim Cleland<br>Brinks Hofer Gilson & Lione<br>524 South Main Street, Suite 200 Ann Arbor, MI 48104-2921 Telephone: (734) 302-6032<br>**E-Mail: bsmith@usebrinks.com**<br>**and jcleland@usebrinks.com** |
| Edward J. Bardelli<br>Brian J. Masternak<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center, 111 Lyon Street, NW<br>Grand Rapids, MI 49503<br>**E-Mail: EBardelli@wnj.com**<br>and **BMasternak@wnj.com** | Evan Beavers<br>EVAN BEAVERS AND ASSOC., P.C.<br>1625 Highway 88, Suite 304<br>Minden, NV 89423<br>Telephone: (775) 852-5110<br>**E-Mail: beaverslaw@charterinternet.com** |
| Sharon M. Woods<br>Morley Witus<br>Daniel J. LaCombe<br>BARRIS, SOTT, DENN & DRIKER, P.L.L.C.<br>211 W. Fort Street, 15th Floor<br>Detroit, Michigan 48226-3281<br>Telephone: (313) 965-9725<br>Facsimile: (313) 965-2493<br>**E-Mail: swoods@bsdd.com**,<br>**mwitus@bsdd.com and dlacombe@bsdd.com** | Wm. Charles Bundren, Esq. WM. CHARLES BUNDREN & ASSOCIATES<br>2591 Dallas Parkway, Suite 300<br>Frisco, Texas 75034<br>Telephone: (972) 624-5338<br>Facsimile: (972) 624-5340<br>**E-Mail: cbundren@aol.com** |

1

2  Ricardo J. Lara                              Michael Y. McCormick
   William A. Sankbeil                          McCormick Hancock & Newton
3  Joanne Geha Swanson                          1900 West Loop South
   KERR, RUSSELL and WEBER, PLC                 Suite 700
4  500 Woodward Ave. Ste. 2500                  Houston, TX 77027
   Detroit, MI 48226                             E-mail: mmccormick@mhn-law.com
   E-mail: rjl@krwlaw.com, was@krwlaw.com
5  and jgs@krwlaw.com

6  Daniel J.M. Schouman
   1060 E. West Maple Road
7  Walled Lake, MI 48390
   E-Mail:  dschouman@gmail.com
8

9

10                                              An employee of JONES VARGAS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONES VARGAS
100 West Liberty Street, Twelfth Floor
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

# EXHIBIT A

**EXHIBIT A**

# Alticor Media Blog



## Categories

- Alticor (84)
    - Access Business Group (5)
    - Amway (61)
    - Quixtar (38)
- Amway Arena (3)
- eCoupled (3)
- Founders (1)
- Fulton Innovation (3)
- Grand Rapids (8)
- Hotels (5)
- Innovation (4)
- JW Marriott Grand Rapids (5)
- Michigan (10)
- Michigan Governor's Race (23)
- Miscellaneous (12)
- Product Lines (7)
    - Artistry (6)
    - Nutrilite (4)
- Sponsorships (2)
- Sports (1)
- Transformation (24)

## Archives

- February 2008
- January 2008
- November 2007
- October 2007
- September 2007
- August 2007
- June 2007
- May 2007
- March 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- April 2006
- March 2006

116. *G* Says:
October 18th, 2007 at 5:51 pm

Bridgett #108 -

Selective memory rears it's ugly head once again.

Orrin was asking for the name change back to A-bomb?

Seems that afterthought was mentioned at an IBOAI meeting as well. As pre-revisionist memory serves, it wasn't well received there by anyone not collecting a W-2 - and since they only know how to say yessir, that really doesn't count now, does it.

Any other old news you want to rehash?

117. *glenn* Says:
October 18th, 2007 at 6:08 pm

hey bridgette,

Your sucess in retailing "one customer" not much of a story there now is it.

118. *Shannon* Says:
October 18th, 2007 at 6:28 pm

Bridgette,

Back peddling now doesn't negate the fact you said...
"Yes, there are some challenges with the growth of Quixtar. But it's not the name. It's trying to sell a meal replacement bar for $2.51 when they (IBOs and Customers) can get a dozen of other brands for 99 cents. Come on Corporation! Wake up! There are two negatives that I confront when sharing the business plan with people 1) The money is made by selling CDs, books, and functions; 2) You have to buy ALL your personal use in order to make this business work and find others to do the same (with the hope that you'll find enough people that one day when you hit a higher bonus bracket, your bonus back on your personal use will cover the inflated IBO and RETAIL prices you've been paying) because no one in their right mind would buy anything from you at these retail (and many even at IBO cost) prices."

Most everything in your post is what the lawsuit was all about. Your claims right here prove Q is a pyramid scheme. So, you just happen to be one of the 3.4% who can retail and even sucker people to purchase over priced items. How can you sell an item at retail to someone when you'd never purchase it and then brag about it? The fact is, you have to do more that retail to get the bonuses. You have to sponsor! Sponsor people who are willing to do what you do. Good luck!

Orrin wasn't asking for 3 ok priced items to retail. It was bigger than that.

Well, with all of this... if 16,000 people have quit, and they all did 100 PV each, that's 67.2 million in annual revenue the corporation has lost. Oops

119. *janedoe* Says:
October 18th, 2007 at 6:38 pm

Bridgett #105

Setting up a forum for Team IBO's access in order to try to get some "facts" regarding the situation is not what I would consider a "press release" especially since the only way Team IBO's heard about it was through word of

59. *TEAM IBO (sadly)* Says:
September 27th, 2007 at 11:12 am

Finally everyone is waking up and realizing that the team "tools" were indeed a scam. Thats why I never got on "system". Quixtar had a good idea and team had a semi-good scam.

Im happy team has fallen apart and the "leaders" who were so succesfu have had to get jobs.

However I do not enjoy the suffering of those who actually tried to build a honest business. But its good to see the top of the pyramid fall.

Case 3:07-cv-00505-ECR-RAM    Document 65-2    Filed 02/15/2008    Page 7 of 39

23. *a2z* Says:
    September 12th, 2007 at 6:55 pm

    - 3% of total sales from customers?
    - selling products WAY above market value?
    - only way for IBO's to profit is recruiting others?

    Putting emotion aside, common sense tells me when you must recruit others to make profit from products that are not retailable, that's an illegal pyramid business model. It's pretty much a picture perfect dictionary definition.

131. *Jim Says:*
Scptember 14th, 2007 at 2:45 am

Quixtar says reporters are welcome to call for more info. Very interesting. At a recent Tuesday, somebody showed up asking all kinds of questions. When explained that TEAM is a leadership development organization, he numerous times kept saying "But you will have some kind of product to represent soon won't you?" Interesting.

jthompson, #130 you accused Orrin of sending blackmail threats. You had better post it now. Otherwise, you just commited liable and are opened to lawsuit. Therefore, post it. I have no problem sending an e-mail to team where you have posted this. I've already saved this page for offline viewing, so it can't disappear. Post your evidence. Also, in #121, you stated that Orrin and TEAM would be guilty as well. Since part of the foundation of Quixtar being an illegal pyramid is because products can not be retailed, which the FTC says is a requirement to not be a pyramid, and since Orrin and TEAM do not control pricing, they did not create the pyramid. With the documented efforts of many members of the IBOAI board, they have the proof that they were trying to change it and make it so the business was compliant. After no change would be made, they blew the whistle. Wonder if whistle blower protection would be applicable?
However, with the shift Quixtar is now making, trying to once again push sales, although I don't see it happening, that may be their one saving grace. And for #116, while TEAM IBO's might be a small percentage world wide, they have double the average IBO pv than any other group in North America. I have heard that with all the organizations affiliated with TEAM, it is anywhere from 30 - 40% of the North American volume. It's not about numbers of people, it's volume. And to #45 - Ron isn't CEO of TEAM, he's CEO of another company.

Bridgett, what pin level are you?

Piet, #105, I don't know what pricing is like in your country, but in mine I pay double for SA8 than what I will Tide, and I don't see a difference. Our toilet paper and paper towels are outrageous for not very good quality. I have friends that buy Men's Mega from GNC (that's a vitamin) for a lot less than Double X and they say it's great. Now, the corporation, in our country, has bought a cosmetics company that is supposed to be good quality, and is being sold in retail stores. They are also selling XS in stadiums they own, but tell us we can't have it where the public can buy it, i.e. a small neighborhood convenience store. How long has the corporation been in your country? It took many years for them to start getting overpriced here. I hope the same doesn't happen for you. I wish you success. However, here in the USA, the products are overpriced and the Amway name is mud. We have spent several years combating people that our business isn't Amway on the internet, because it wasn't. The corporation even told us that. Now, I have lost friends because they are in a business and now being told it's Amway, and they say I lied to them. They used to be in Amway and d it. I told them it's not, and how we built the business. They made a liar out of me.

95. *LisBelle Says:*
    September 13th, 2007 at 7:26 pm

    Funny who wants a cup of coffee now! For those of you who are confused, Orrin WANTED to work with Quixtar—he wanted lower prices so we COULD retail products. The founding families are so hooked on their bloated profits, they couldn't see basic economic truth—if they lowered some prices, they would sell more products, and then get MORE profits.

    I won't even debate what really happened in the meeting on Aug 9th; we can all read the statements from those who were there. What I really object to are the intimidating emails to IBOs implying they could be breaking some kind of law, and then more emails telling them all TEAM tools and functions are illegal. Add to that phone calls to people in MY team stating that Quixtar will find them new uplines. (No one has informed me of any rules violations in my own business, so is it because I happen to be in Orrin's team?)

    And they wonder why they have been hit with a slew of requests for restraining orders.

    Get us where it hurts. Trying to recover my Quixtar business would be futile at best. But it's not enough that they cut off my source of income, I can't replace it for six months!

    Read your Rules of Conduct, folks. We are all held hostage. The "6-month" non-compete can go on forever, if you aren't careful. Rule 6.5.1. says "Compete" means not only to own, manage, operate, be employed by, consult for, or participate an an independent distributor in any other direct sales program (any other MLM), but includes ANY company that sells ANY products that compete with Quixtar.

    So what's left? I know, I could work for an attorney somewhere!

    Keep reading those rules. Rule 6.5.8. very generously states that I can be employed by anyone who is not an IBO. (As long as the work is not for anyone or anything that could be construed as a product similar to any offered by Quixtar.) Pretty big of them, huh?

    It gets better. But I won't bore you.

    Just try to leave. Just try.

111. *dannie says:*
September 28th, 2007 at 10:22 am

Oh, one more thing, TEX
I also loan a ton of tools to anyone who asks..anytime. I have also given away more than I can count... whatever will help the newest guy who probably doesn't have any extra money lying around.

I know it trips your trigger to think that there are a lot of people...hundreds and thousands of people on Team ( and I'm sure other groups as well ) who are as generous as we truly are. because if that's true, it blows your theory that we are all
crooks...hoodwinking the poor, innocent newbie who is kept is the dark about all this.

Sorry...but that theory is just not true. Has it ever happened? I'm sure. But it is NOT the norm...at least not with us.

Finally, I am not even in profit sharing yet...but I STILL have my eyes wide open...why don't you open yours and get a clue that we don't need protection from an old, washed up guy who gets a thrill out of being up close & personal with the lawyers of a corporation that is worth billions of dollars and is more than willing to have ripped people off for decades with their overpriced products. Who really is the culprit here ? Matter of opinion. You have yours. It's yours. Don't try to make it mine.

http://media.alticorblogs.com/2007/09/25/september-roster-changes/2/15/2008

142. *Quixkicked* Says:
<u>October 9th, 2007 at 7:08 pm</u>

Tex,
All you want to scream is "TOOL SCAM! TOOL SCAM!" This isn't about the tool business and never was. <u>This is about a company overcharging for a decent product and misleading the people who have supported them. Amquix is bilking millions and millions of dollars from the IBO with their current practice.</u> Overpriced products drove this rebellion and Amquix's response fueled the fire! People buy the training system as an option, yet Amquix forces you to purchase overpriced products.